1058

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT TROY GATES, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 08-1-00917-7, Christine A. Pomeroy, J., entered January 6, 2009. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, J.; Armstrong, J., dissenting.

*In the Matter of the Detention of* JOHNNY DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-00645-4, Christine A. Pomeroy, J., entered January 15, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Serko, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. BYRON K. BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03396-5, John A. McCarthy, J., entered February 20, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Van Deren, J.

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LESHAWN PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-05570-3, Kitty-Ann van Doorninck, J., entered May 26, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.